**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEON CARTER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS INC., a Vermont Corporation; TRACY LOGISTICS LLC DBA STOCKTON LOGISTICS LLC, a Delaware Limited Liability Company; C&S LOGISTICS OF SACRAMENTO/TRACY LLC DBA SACRAMENTO LOGISTICS, a Delaware Limited Liability Company; and DOES 1 TO 50,<br><br>Defendants. | CASE NO. 2:22-cv-02165-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

**ORDER**

Having reviewed and considered the Parties' Stipulation to Extend Time for Defendants to Respond to Second Amended Complaint (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendants' time within which to serve and file any motions, pleadings, or other filings responsive to Plaintiff's SAC shall be and hereby is extended up to and including April 13, 2023; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to arbitration of Plaintiff's and/or any putative class member's individual claims and as to Plaintiff's SAC and any subsequent amended pleading and/or the claims asserted therein.

**IT IS SO ORDERED.**

DATED: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE